THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER J. CANDEAU, JR., Appellant.

*Crimes — forgery in second degree — judgment of conviction affirmed.*

*People* v. *Candeau*, 215 App. Div. 671, affirmed.
(Argued February 24, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1925, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of forgery in the second degree.

*Leo H. Klugherz* and *Leonard A. Snitkin* for appellant.

*Joab H. Banton,* District Attorney (*Charles Henry* of counsel) for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.